UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHELLE CUMMINGS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALERES, INC.,<br><br>Defendant. | Case No. 4:24-cv-01297 |

PLAINTIFF'S NOTICE OF NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Plaintiff Michelle Cummings voluntarily dismisses her claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  December 2, 2024

Respectfully submitted,
MICHELLE CUMMINGS, individually and on behalf of all others similarly situated,
By their attorneys,
**BURSOR & FISHER, P.A.**

*/s/ Yitzchak Kopel*
Yitzchak Kopel
Attorney Enrollment No. 75352
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by the Court's electronic filing system on December 2, 2024 to all the parties of record.

<em>/s/ Yitzchak Kopel</em>